**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00338-REB-KLM

CATHY HILL, and
LONNIE HILL,

      Plaintiffs,

v.

OPTION ONE MORTGAGE CORPORATION,
WELLS FARGO BANK, N.A., a trustee for securitized trust OPTION ONE MORTGAGE LOAN
TRUST 2007-3,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, a/k/a "MERS", and
DOES 1 THROUGH 100, INCLUSIVE,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal With Prejudice** [#10][1] filed

March 27, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation

should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#10] filed March 27, 2013, is

**APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

      Dated March 28, 2013, at Denver, Colorado.

                           **BY THE COURT:**

                           Robert E. Blackburn
                           United States District Judge

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.