**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00338-REB-KLM

CATHY HILL, and
LONNIE HILL,

     Plaintiffs,

v.

OPTION ONE MORTGAGE CORPORATION,
WELLS FARGO BANK, N.A., a trustee for securitized trust OPTION ONE MORTGAGE LOAN TRUST 2007-3,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, a/k/a "MERS", and
DOES 1 THROUGH 100, INCLUSIVE,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulation of Dismissal With Prejudice** [#10][1] filed March 27, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice** [#10] filed March 27, 2013, is **APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated March 28, 2013, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.